**No. 10-7412. Ricardo Rios-Perez, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 569, 2010 U.S. LEXIS 9766.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 662.